

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 17, 2010

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Alejo Padilla Polanco</u>,
        05 Cr. 185 (AKH)

Dear Judge Hellerstein:

    The Government respectfully submits this letter to request an adjournment of the next pretrial conference in this matter, scheduled for November 19, 2010, and an exclusion of time under the Speedy Trial Act until the new conference date, if the adjournment is granted. Counsel for the defendant and the Government are jointly requesting an adjournment, of approximately 45 days, until a date after January 3, 2011, during which time defense counsel can continue discussing a potential disposition of this case and the case pending against Polanco in the Eastern District of New York. In the Eastern District case, counsel has recently been notified that the Government will not seek the death penalty against Polanco in that case, and, thus, counsel can now continue discussions about a potential disposition. We also anticipate that the defendant may try to resolve both cases simultaneously, in one District, but more time is needed to work out the terms of a disposition. Accordingly, the requested adjournment is in the defendant's interests, and the Speedy Trial exclusion outweighs the defendant's and the public's interest in a speedy trial. Counsel for the defendant consents to the requested Speedy Trial exclusion. Thank you for your consideration of these matters.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Jessica A. Masella
Assistant United States Attorney
(212)-637-2288

cc: Jean Barrett (by facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/10