# RUHNKE & BARRETT

**ATTORNEYS AT LAW**

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

3/4/11

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com) ◊ JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

<u>REPLY TO MONTCLAIR OFFICE</u>

March 3, 2011



**RECEIVED MAR 0 1 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.**

By Fax - (212)805-7942
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

*The cory is adjourned, ad time is Xcluded, to April 29, 2011, 11:00 a.m.*

*3-4-11*

Re: *United States v. Alejo Polanco-Padilla*, 05 Cr. 185 (AKH)

Dear Judge Hellerstein:

I write, respectfully, on behalf of Alejo Polanco-Padilla to request that the status conference be adjourned until three weeks after the next status conference in the Eastern District case. As the Court may recall, we are trying to coordinate disposition of both cases. The Brooklyn case had been assigned to Judge Traeger, who recently passed away. It has been reassigned to the Honorable Sandra L. Townes, U.S.D.J. At a recent status conference, Judge Townes scheduled the matter for another status conference on April 8, 2011, a date by which the Government and counsel represented that how the case would go forward could be resolved.

I have communicated with A.U.S.A. Jessica Masella and we agree that it would be optimum to have a status conference in this case about three weeks after the Brooklyn conference which would be the week of April 22. Consequently, it is respectfully requested that the status conference in this matter be adjourned until the week of April 22. I have a sentence schedule for that Monday morning in another district but otherwise my calendar is clear.

The Government joins in this application. We agree that the requested adjournment is in Mr. Polanco's interest and the need for a speedy trial exclusion outweighs the defendant's and the public's interest in a speedy trial.

Respectfully yours,

Jean D. Barrett

cc: Jessica A. Masella, A.U.S.A. [by email]

C:\Users\front desk\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\H7PD5MSR\Judge Hellerstein 3-3-11.wpd