Polanco Padilla, Alejo — 05 Cr 185-04 (AKH)     P49238 - C.T. Ferrall

1. AN ADJOURNMENT IS GRANTED: _____

   IF APPROVED, NEW DATE OF SENTENCE 2/20/14 TIME & ROOM 4:00 p.m. in Courtroom 14D

2. REQUEST IS DENIED _____

   12/26/13
   DATE

   SENIOR U.S. DISTRICT COURT JUDGE

   cc: AUSA Michael D. Maimin
   One St. Andrew's Plaza
   New York, NY 10007
   michael.maimin@usdoj.gov

   Dawn M. Cardi, Esq.
   Ariadne Green, Esq.
   Dawn M. Cardi & Associates
   2 Park Avenue, 19th Floor
   New York, NY 10016
   dcardi@cardilaw.com
   agreen@cardilaw.com

   USDC SDNY
   DOCUMENT
   ELECTRONICALLY FILED
   DOC #: _____
   DATE FILED: 12/26/13

NY 468