# DAWN M. CARDI
### & ASSOCIATES

Associate
Chad L. Edgar

Of Counsel
Robert B. Anesi



*Sentencing adjourned until March 19, 2014 @ 11:30 a.m.*

*/s/ Alvin K. Hellerstein*
*2-14-14*

February 12, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/14

**By facsimile (212) 805-7942**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Alejo Padilla Polanco*,
       No. 05 Cr. 185 (AKH)

Dear Judge Hellerstein:

    We are counsel to defendant Alejo Padilla Polanco in the above-referenced action. We write respectfully to request a 30-day adjournment of sentencing, currently scheduled for February 20, 2014. We require more time to review the PSR with Mr. Polanco and to prepare for sentencing, including collecting and translating letters of support.

    The government does not object to this request.

Respectfully submitted,

/s/
Dawn M. Cardi/Ariadne Green

cc:   Jessica Masella (by electronic mail)
       Assistant United States Attorney