# DAWN M. CARDI
## & ASSOCIATES



Associate
Chad L. Edgar

Of Counsel
Robert B. Anesi



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/14

March 3, 2014

Sentencing is adjourned to May 2, 2014 at 11:00 a.m.

3-6-14
/s/ AKH

**By facsimile (212) 805-7942**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Alejo Padilla Polanco,
     No. 05 Cr. 185 (AKH)

Dear Judge Hellerstein:

We are counsel to defendant Alejo Padilla Polanco in the above-referenced action. We write respectfully to request a 30-day adjournment of his sentencing, currently scheduled for March 19, 2014. We are still in the process of collecting letters of support from family in the Dominican Republic. We do not expect that we will require any additional time should the Court grant this request. The government does not object to this request.

Respectfully submitted,

/s/
Dawn M. Cardi/Ariadne Green

cc:  Jessica Masella (by electronic mail)
     Assistant United States Attorney

Two Park Avenue, 19th Floor • New York, NY 10016 • 212.481.7770 TELEPHONE • 212.684.3008 FACSIMILE • 917.543.9993 MOBILE • info@cardilaw.com • www.cardilaw.com