# DAWN M. CARDI
## & ASSOCIATES

Associate
Chad L. Edgar

Of Counsel
Robert B. Anesi



April 23, 2014

**By facsimile (212) 805-7942**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONIC[ALLY] FILED
DOC #: _____
DATE FILED: 4/28/14

Handwritten: Sentencing will occur on May 29, 2014, 11:30 a.m.  4-28-14 /s/

        Re:     <u>United States v. Alejo Padilla Polanco</u>,
                No. 05 Cr. 185 (AKH)

Dear Judge Hellerstein:

     We are counsel to defendant Alejo Padilla Polanco in the above-referenced action. We write respectfully to request an adjournment of sentencing, currently scheduled for May 2, 2014, because of an unavoidable scheduling conflict. The government does not object to this request.

     Both parties are available for sentencing on May 28, 2014, and May 29, 2014, in the afternoon. We thank you in advance for your consideration of this request.

                                                Respectfully submitted,

                                               /s/
                                               Dawn M. Cardi/Ariadne Green

cc:    Jessica Masella (by electronic mail)
        Assistant United States Attorney

Two Park Avenue, 19th Floor • New York, NY 10016 • 212.481.7770 TELEPHONE • 212.684.3008 FACSIMILE • 917.543.9993 MOBILE • info@cardilaw.com • www.cardilaw.com