Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/01/2014
```

Caption:
**United States** v.

**Alejo Padilla-Polanco**

Docket No.: 05 Cr 185
Alvin K. Hellerstein
(District Court Judge)

Notice is hereby given that **Alejo Padilla-Polanco** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓ , other _____ (specify)
entered in this action on **9/18/14**
(date)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |✓|   Other |___|

Defendant found guilty by plea |✓|   trial |   |   N/A |   |

Offense occurred after November 1, 1987? Yes |✓|   No |   |   N/A |   |

Date of sentence: **9/11/14**   N/A |___|

Bail/Jail Disposition: Committed |✓|   Not committed |   |   N/A |   |

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

Defendant's Counsel: **Dawn M. Cardi**
Counsel's Address: **2 Park Avenue, 19th Floor**
**New York, NY 10016**
Counsel's Phone: **212.481.7770**

Assistant U.S. Attorney: **Jessica Masella**
AUSA's Address: **One St. Andrew's Plaza**
**New York, NY 10007**
AUSA's Phone: **212.637.2200**

*[Signature]*
Signature