Alejo Polanco
#58958-054
FCI - Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

RE: USA v. Alejo Polanco
Case No. S3 05 cr. 185 (AKH)
Request to appoint counsel

Clerk's Office
U.S. District Court

U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Clerk

    I am writing to you in regards to the criminal case listed above and I am respectfully requesting an appointment of counsel. I believe that I qualify under the Minus Two Amendment 782 for a two level reduction in my drug sentence. I am also respectfully requesting that you change my address to the one that is listed above. I thank you for your time and attention to this matter.

Dated: 6-30-2015

/s/ *Alejo Polanco*