**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

N.Y.S.D. Case #
05-cr-0185-4(AKH)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand and fifteen,

United States of America,

Appellee,

v.

Alejo Polanco-Padilla, AKA Jando,

Defendant - Appellant.

ORDER
Docket Number: 14-3684

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2015

A notice of appeal was filed on October 2, 2014. Appellant's brief and any required appendix, due August 4, 2015, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal is dismissed effective September 29, 2015 if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/19/2015