UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
UNITED STATES OF AMERICA, :
-against- : **ORDER DENYING SENTENCE**
: **REDUCTION**
ALEJO ANTONIO POLANCO-PADILLA, :
Defendant. : 05 Cr. 185-04 (AKH)
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Alejo Antonio Polanco-Padilla has moved for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2). For the reasons stated below, the motion is denied.

    On October 10, 2013, Defendant Polanco-Padilla pled guilty before a U.S. Magistrate Judge to Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951. I reviewed the transcript of his allocution and accepted his plea on October 11, 2013. He appeared before me for sentencing on September 11, 2014. The Guideline range for a violation of 18 U.S.C. § 1951 is found in USSG §2B3.1. Because a victim was killed during the robbery, pursuant to § 2B3.1(c)(1), the base offense level was the base offense level applicable to first degree murder, as set forth in § 2A1.1. I sentenced the defendant to 240 months custody, the statutorily imposed maximum sentence for 18 U.S.C. § 1951, as required by U.S.S.G. §5G1.1.

    Polanco-Padilla moves for a reduction of sentence based on Amendment 782 to USSG § 1B1.10, which changed the threshold amounts in the drug quantity tables at USSG §§2D1.1 and 2D1.11, so that many, but not all, drug quantities will have a base offense level that is two levels lower than before the amendment. The amendment applies retroactively. Although

1

the underlying crime involved narcotics, the drug quantity tables in USSG §§2D1.1 and 2D1.11 were not employed in determining the Guidelines range for Polanco-Padilla's sentence for the reasons set forth above. Polanco-Padilla is therefore ineligible for a reduction under 18 U.S.C. § 3582(c)(2). The motion is denied. The clerk shall terminate the motion marked Docket No. 11.

SO ORDERED.

Dated: October 22, 2015
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge